In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00395-CV**
_____

**LARRISA PAYTON, Appellant**

**V.**

**MOTIVA ENTERPRISES, L.L.C., Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-209409**

## MEMORANDUM OPINION

In response to a late brief notice from the Clerk of the Court, Larrisa Payton, Appellant, filed a request to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant requested a dismissal before the appellate court issued a decision in the appeal. We grant the request and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on May 15, 2024
Opinion Delivered May 16, 2024

Before Golemon, C.J., Horton and Johnson, JJ.